ALBANY,
August, 1808.

Serjeant
v.
Holmes.

## Serjeant *against* Holmes.

In suits before justices of the peace, the defendant must set off his demand against the plaintiff, the first opportunity he has for that purpose; or he will be precluded afterwards. Thus, where two suits by the same plaintiff, against the same defendant, were pending at the same time, and the defendant suffered judgment to pass against him in the first, and then set off his demand in the second suit, it was held, that it should have been made in the first suit, and was too late to be allowed in the second.

* *Laws of N. Y.* vol. 1. p. 494. § 9.

ON *certiorari.* The plaintiff below commenced two suits against the defendant, by summons, issued at the same time, and returnable at the same hour, before the same justice. On the return of the process, the plaintiff declared in one of the suits on a note for 20 dollars, and the defendant, on being asked by the justice whether he had any defence, answered that he had none. The justice thereupon gave judgment for the plaintiff for the amount of the note. The plaintiff then declared, immediately afterwards, in the second action, on a note for six dollars, and the defendant pleaded a set-off of twelve dollars, but the justice refused to allow it.

*Gold,* for the plaintiff in error.

*Kirkland,* contra.

*Per Curiam.* The act* directs, that if any defendant shall neglect or refuse to set off any account or demand he has against the plaintiff, such defendant shall be for ever thereafter precluded from having any action against the plaintiff to recover the same, or any part thereof, The true construction is, that the defendant must set off, the very first opportunity he has for that purpose. By omitting to set off his demand against the first action, the defendant lost his right of set-off, and his demand became for ever *extinguished.* The justice was, therefore, right in refusing the set-off in the second suit.

Judgment affirmed.